UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 8 2012

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | 3:12-CR-00351-P |
| BRANDON CREIGHTON SAMPLE. | ) | |

### NOTICE OF APPEAL

The undersigned Defendant, Brandon Creighton Sample, hereby gives notice of appeal from the Honorable Nancy F. Atlas' October 18, 2012, order [DE 286] to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/ Brandon Sample*

Brandon Sample
P.O. BOX 445
Red Oak, Texas 75154

Tel: 972-923-2056
E-mail: Brandon@brandonsample.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 27th day of November, 2012, via first-class mail, postage prepaid, on the following:

U.S. Attorney's Office
1100 Commerce Street
Dallas, Texas 75242

_____
Brandon Sample



U.S. POSTAGE
PAID
RED OAK, TX
75154
NOV 27, 12
AMOUNT
$5.75
00047933-03



75242



1000



CERTIFIED MAIL™



7006 0100 0004 1334 7367

Brandon Semple
PO Box 445
Red Oak, TX 75154

Clerk, U.S. District Court
1100 Commerce St.
Dallas, TX 75242



RECEIVED
NOV 28 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



7524209579