IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 3:12-CR-351-P (01) |
| BRANDON CREIGHTON SAMPLE | § § | |

## ORDER

Defendant Brandon Creighton Sample pled guilty to Counts 1 through 18 of the Indictment filed December 18, 199 charging Count 1 - Conspiracy to Violate Law of the United States; Count 2 - Conspiracy to Commit Money Laundering; Counts 3-11 Aiding and Abetting the Possession of Counterfeit Securities; Counts 12-16 Aiding and Abetting in the Possession of Stolen Mail Matter; and Counts 17-18 Aiding and Abetting the Transportation of Stolen Securities. He was sentenced to 168 months in custody and is currently serving a three year term of supervised release.

By Uncontested Motion for Early Termination of Supervised Release filed July 5, 2013, Sample petitions the Court for early termination of his term of supervised release. After considering the matter, the Court GRANTS the Motion for early release. Accordingly, it is ORDERED that Sample's supervised release is terminated effective August 7, 2013.

SO ORDERED this _1st_ day of August 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE